**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SANDY'S MARINA INC.
and SANDRA GILLESPIE,

       Plaintiffs,

     vs.                               Case No. 2:18-cv-10985

                                     Judge Bernard A. Friedman
                                     Magistrate: Anthony P. Patti

LIBERTY MUTUAL INSURANCE
COMPANY,

       Defendant.

_____/

**STIPULATION TO SUBSTITUTE DEFENDANT**

Plaintiffs, Sandy's Marina Inc. and Sandra Gillespie, and Defendant, Liberty Mutual Insurance Company, correctly named LM General Insurance Company, by and through their respective counsel, hereby stipulate and agree as follows:

1.    LM General Insurance Company is substituted as the Defendant in place of Liberty Mutual Insurance Company.

2.    Liberty Mutual Insurance Company is dismissed from this action.

3.    The case caption is hereby amended to replace Liberty Mutual Insurance Company with LM General Insurance Company.

s/John M. Freel                         s/Stephen P. Brown
John M. Freel (P46217)                  Stephen P. Brown (P48847)
FREEL P.C.                              PLUNKETT COONEY
540 W. Lake Street, Suite 2             38505 Woodward Ave., Suite 100
Tawas City, MI 48763                    Bloomfield Hills, MI  48304
(989) 362-3444                          (248) 901-4000
John@freelpc.com                        *Attorneys for Defendant*
*Attorney for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

SANDY'S MARINA INC.
and SANDRA GILLESPIE,

      Plaintiffs,

vs.                         Case No. 2:18-cv-10985-BAF-APP

                                      Judge Bernard A. Friedman
                                      Magistrate: Anthony P. Patti

LIBERTY MUTUAL INSURANCE
COMPANY,

      Defendants.

_____/

## ORDER TO SUBSTITUTE DEFENDANT

This matter having come before the Court by Stipulation to Substitute

Defendant, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that:

1.      LM General Insurance Company is substituted as the Defendant in

place of Liberty Mutual Insurance Company.

2.      Liberty Mutual Insurance Company is dismissed from this action.

3.      The case caption is hereby amended to replace Liberty Mutual

Insurance    Company    with    LM    General    Insurance    Company.

**IT IS SO ORDERED.**

Dated: April 24, 2018                          s/Bernard A. Friedman
Detroit, Michigan                              BERNARD A. FRIEDMAN
                                               SENIOR UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 24, 2018.

                                               s/Johnetta M. Curry-Williams
                                               Case Manager

Open.P0259.P0259.20159306-1