# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SANDY'S MARINA INC.
and SANDRA GILLESPIE,

        Plaintiffs,

vs.

LM GENERAL INSURANCE COMPANY,

        Defendant.
_____/

Case No. 2:18-cv-10985

Judge Bernard A. Friedman
Magistrate: Anthony P. Patti

## STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

IT IS HEREBY stipulated and agreed by and between the Parties above, through their respective undersigned counsel, that the above captioned civil action is DISMISSED WITH PREJUDICE and without costs as to any party.

| | |
|---|---|
| *s/John M. Freel* | *s/Stephen P. Brown* |
| John M. Freel (P46217) | Stephen P. Brown (P48847) |
| FREEL P.C. | PLUNKETT COONEY |
| 540 W. Lake Street, Suite 2 | 38505 Woodward Ave., Suite 100 |
| Tawas City, MI 48763 | Bloomfield Hills, MI 48304 |
| (989) 362-3444 | (248) 901-4000 |
| *Attorney for Plaintiffs* | *Attorneys for Defendant* |

Dated: November 20, 2018

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SANDY'S MARINA INC.
and SANDRA GILLESPIE,

        Plaintiffs,

vs.

LM GENERAL INSURANCE COMPANY,

        Defendant.
_____/

Case No. 2:18-cv-10985

Judge Bernard A. Friedman
Magistrate: Anthony P. Patti

## ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

Having reviewed the foregoing Stipulation executed by the Parties, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-captioned civil action be and the same is hereby dismissed with prejudice and without costs as to any party.

This Order resolves all pending claims and closes this case.

**IT IS SO ORDERED.**

Dated: November 27, 2018
Detroit, Michigan

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR U.S. DISTRICT JUDGE